SEXAUER & LEMKE v. KROYWEN REALTY CO. et al. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Sexauer & Lemke against the Kroywen Realty Company and others. F. Hulse, of New York City, for appellants. A. P. Wilkes, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.